UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

*Guaman et al.*,

                      Plaintiffs,

    -against-

*City Of New York et al.*,

                      Defendants.

No. 22-cv-09376

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/4/2023

**ORDER**

McMahon, J.:

As discussed at the conference held on September 28, 2023, the court hereby ORDERS:

By October 13, 2023, the City of New York must provide the names and last known addresses of all DOCCS employees who were (i) on duty in any area in which the plaintiff's decedent was housed on August 29, 2021; (ii) all individuals involved in the intake process with plaintiff's decedent, including any medical or mental health evaluators; (iii) any mental health or medical personnel with whom plaintiff's decedent interacted during his stay at Rikers Island that ended with his suicide.

Both sides are to provide Rule 26 discovery by November 17, 2023. The parties are reminded that this court interprets the phrase "Rule 26 discovery" broadly to include anything that relates to relate to the incident in suit, and includes: (i) from plaintiff – all medical records or authorizations on which plaintiff will rely to establish any issue in this case; (ii) from defendants – all records relating to plaintiff's stay at Rikers that ended with his suicide, including all paperwork relating to his intake, his assessment, his housing assignment, reports or observations about his state of mind, and the events of August 29-30, 2021; (iii) from the City – information about training, policies and procedures concerning inmates with mental illness or suicidal tendencies.

Any amended complaint, including to add new parties defendant, must be filed by January 5, 2024. The court will hold a conference shortly thereafter to set a full discovery schedule.

Dated: October 4, 2023

                                                                             U.S.D.J.

BY ECF TO ALL COUNSEL